UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL HOWARD HUNTER,<br><br>             Petitioner,<br><br>   vs.<br><br>SPOKANE COUNTY, PROSECUTING ATTORNEY, SHERIFF OF SPOKANE COUNTY, and STATE OF WASHINGTON,<br><br>             Respondents. | NO.  CV-08-347-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION |

    Magistrate Judge Imbrogno filed a Report and Recommendation on March 25, 2009, recommending Mr. Hunter's habeas corpus petition be dismissed without prejudice for lack of personal jurisdiction.  There being no objections, the court **ADOPTS** the Report and Recommendation.  The Petition is **DISMISSED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward copies to Petitioner and close the file.

    **DATED** this 15th day of April 2009.

                            *S/ Robert H. Whaley*

                            ROBERT H. WHALEY
                      CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2008\8cv347ci-4-13-adpdishc.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION -- 1