# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

MICHAEL HOWARD HUNTER,

          Petitioner,

v.

SPOKANE COUNTY, PROSECUTING ATTORNEY, SHERIFF OF SPOKANE COUNTY AND STATE OF WASHINGTON,

          Respondents.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-347-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing ~~tried~~ before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| 4/15/09 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Renea Ferrante |
| | *(By) Deputy Clerk* |
| | Renea Ferrante |